IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| BANK BRUSSELS LAMBERT, | ) | CIVIL ACTION NO. 98-1698(JP/JHM) |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| FIDDLER GONZALEZ & RODRIGUEZ, et al. | ) | |
| Defendants. | ) | JUDGE JAMES H. MICHAEL, JR. |

Upon consideration of the plaintiff's October 14, 1999 motion for enlargement of time, the court finds that the plaintiff has shown cause pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. Therefore, it is hereby

ORDERED

that the plaintiff's motion for an extension of time in which to file its reply brief in support of the cross-motion for summary judgment shall be, and it hereby is, GRANTED. Accordingly, the plaintiff's brief is due on or before October 29, 1999.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
Senior United States District Judge

_____
Date

