UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| BANK BRUSSELS LAMBERT, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL NO. 98-1698(JP) |
| v. | * Judge James A. Michael(deceased) |
| | * |
| FIDDLER GONZALEZ & RODRIGUEZ, | * |
| AMERICAN INTERNATIONAL | * |
| INSURANCE COMPANY OF PUERTO | * |
| RICO, | * |
| | * |
| Defendants. | * |
| | * |
| _____ | * |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

NOW COMES defendant FIDDLER GONZALEZ & RODRIGUEZ, LLP ("FG&R"), and through its undersigned attorneys, respectfully informs as follows:

1. The parties have stipulated to the dismissal of this action with prejudice and without any imposition of costs or attorneys' fees in accordance with a Stipulation of Voluntary Dismissal signed by the attorneys for the parties. See Attachment 1.

WHEREFORE, FG&R respectfully requests that the Court enter judgment dismissing this action with prejudice and have each party bear its own costs and attorneys' fees in accordance with said stipulation.

I CERTIFY: That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Edilberto Berríos Pérez, Esq., Capital Center Building, #239 Arterial Hostos Avenue, Suite 701, San Juan, PR 00918-

2

1476; and to Carlos Martínez Texidor, Esq., Martínez Texidor & Fuster, P.O. Box 9028, Ponce, PR 00732.

In San Juan, Puerto Rico, this 14th day of November, 2005.

s/ CARLOS A. RODRIGUEZ VIDAL
U.S.D.C. NO. 201213

GOLDMAN ANTONETTI & CORDOVA, PSC
P.O. BOX 70364
SAN JUAN, PR 00936-8364
TEL. 759-4117
FAX. 767-9177