IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BANK BRUSSELS LAMBERT,

    Plaintiff

vs.   CIVIL NO. 98-1698 (JP)

FIDDLER GONZALEZ & RODRIGUEZ,
AMERICAN INTERNATIONAL INSURANCE
COMPANY OF PUERTO RICO,

    Defendants

**FINAL JUDGMENT**

The Court has before it Defendants' "Informative Motion" (**docket No. 78-1**) and the Parties' "Stipulation of Voluntary Dismissal With Prejudice" (**docket No. 78-2**), which are attached hereto and made to form part hereof, wherein the parties stipulate a dismissal with prejudice of the instant action.

Therefore, in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii) and the Parties' request as set forth in their "Stipulation of Voluntary Dismissal With Prejudice" (**docket No. 78-2**), the Court hereby **ENTERS JUDGMENT** and **DISMISSES** the above-captioned case **WITH PREJUDICE**.

This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 16 day of November, 2005.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE